# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159599 & (20)(21)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ESTHER FIGUEROA-NUNEZ,
       Plaintiff-Appellee,

v

ST. JOHN MACOMB HOSPITAL,
       Defendant-Appellant,
and

GHANEM SHARABI, M.D., and FOUAD
AZOURY, M.D.,
       Defendants.
_____/

SC: 159599
COA: 347831
Wayne CC: 17-013862-NH

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs. The motions to expedite and to stay the trial are DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2019



Clerk